**Order entered January 2, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01085-CR

**EDUARDO GUADALUPE GONZALEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court
Rockwall County, Texas
Trial Court Cause No. 2-19-0187**

## ORDER

Before the Court is appellant's December 27, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before January 10, 2020.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE